1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| YONATTA CRISPIN TAVERAS, | * | |
| | * | CIVIL NO. 07-2107 (JAF) |
| Plaintiff, | * | |
| | * | |
| vs. | * | JURY TRIAL DEMANDED |
| | * | |
| MUNICIPLAITY OF CAROLINA, et als., | * | |
| | * | |
| Defendants. | * | |

_____

**MOTION REQUESTING ORDER**

**TO THE HONORABLE COURT:**

**COMES NOW** the plaintiff, Yonatta Crispin Taveras, represented by the undersigned attorney in this action, respectfully alleges and prays as follows:

1. On September 12, 2011, plaintiff requested its Second Motion for Disbursement of Consigned Funds. See Dk. 212. The motion is pending and the instant motion requests the granting of that motion and the issuance of an Order to disburse the consigned funds. The conversations with the Finance Department has stated that it will not released the consigned funds absent the issuance of an Order by this Court.

2. The motion filed was in response to the September 6, 2011, Court issued Order at Dk. 210 to clarify by motion the difference between the Motion to Withdraw Consigned Funds and the available funds at the Finance Department. After filing the Amended Motion, and after discussion with the Finance Department, that Second Amended motion had clarified the issue.

3. On August 12, 2011, defendant Municipality of Carolina, deposited under seal the Judgment, without interests, in the instant case for this defendant. See Dk. 207. Said funds have been available since that time.

2

4. Plaintiff respectfully requests that this Court order the disbursements of the $35,230.00 consigned funds as detailed in its motion. See Dk. 212.

5. There is no reason why the funds should not be ordered to be disbursed forthwith.

**WHEREFORE**, plaintiff respectfully requests that this Honorable Court issue an Order amended motion to withdraw consigned funds be granted forthwith and order the Clerk to issue checks as requested in Dk. 212.

**RESPECTFULLY SUBMITTED**.

In Ponce, Puerto Rico, this 5th day of October, 2011.

s/ Mauricio Hernandez Arroyo
_____

**LAW OFFICES OF**
**MAURICIO HERNANDEZ ARROYO,**
USDC-PR NO. 208409
Attorney for Plaintiff
Ave Hostos 818, Suite B
Playa de Ponce, PR 00716
Cel No. (787) 597-4815
e-mail lawofficesmhernandez@gmail.com